AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  23-CR-215-5 |
| | ) |
| | ) |
| | ) |
| KEYONN VINCENT a/k/a "Key" | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     KEYONN VINCENT a/k/a "Key"     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☒ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18:1951(a) - ROBBERY WHICH INTERFERES WITH INTERSTATE COMMERCE
18:924(c)(1)(A) - USE OF A FIREARM IN FURTHERANCE OF A CRIME OF
VIOLENCE 18:924(j) - MURDER IN THE COURSE OF USING AND CARRYING A
FIREARM

Date:    08/31/2023                                              s/ Eric Sobieski, Deputy Clerk
                                                                 *Issuing officer's signature*

City and state:    Philadelphia, Pa                              George Wylesol, Clerk of Court
                                                                 *Printed name and title*

### Return

This warrant was received on *(date)* 8/31/23 , and the person was arrested on *(date)* 9/01/23
at *(city and state)* Philadelphia, PA .

Date: 9/01/23                                              [signature] #6616
                                                           *Arresting officer's signature*

                                                           Special Agent Skyler Behrend (ATF)
                                                           *Printed name and title*