

RECEIVED FEB -7 2025

No. cr 23-215

Hon. Kelley Brisbon Hodge

Dear Your Honor,

I'm writing this letter regarding my sixth Amendment right, which is protected by constitutional law, to go "pro se" at this juncture of my criminal case. There should be no contemplation about my current position on the matter. I firmly believe that it is in my best interest to represent myself, and I cannot be swayed by the courts to change my mind. My decision is my decision and I am steadfast in my convictions. Thank you for your time, Your Honor, for taking time out of your day to give me this fair chance.

Respectfully,

Chihean Jones
#75967-510
FDC
P.O. Box 562
Phila, PA 19105

PHILADELPHIA PA 190
5 FEB 2025   PM 6  L



Clerk of Courts
601 Market St
Phila, PA 19106

19106-172999