# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| | : | **CRIMINAL NUMBERS** |
| v. | : | **23-215-02 and 24-261** |
| | : | |
| | : | |
| TORI SANDERS | : | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered on February 3, 2025.

                                                   Respectfully submitted,

                                                   */s/ Kathleen M. Gaughan*
                                                   KATHLEEN M. GAUGHAN
                                                   Assistant Federal Defender

# **CERTIFICATE OF SERVICE**

      I, Kathleen M. Gaughan, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the attached Notice of Appeal to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing and/or by electronic mail upon:

Christopher E. Parisi
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106.

                                          */s/ Kathleen M. Gaughan*
                                          KATHLEEN M. GAUGHAN
                                          Assistant Federal Defender

DATE: February 11, 2025