**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **CHIHEAN JONES** | **NO. 23-215-03** |

## O R D E R

**AND NOW**, this 18th day of February, 2025, **IT IS ORDERED** that this Court's Order dated February 13, 2025 (ECF 277), granting a Motion for Leave to Withdraw as Counsel and appointing Riley H. Ross III, Esquire to represent defendant, Chihean Jones, **IT IS ORDERED** that paragraph 2 of the Order dated February 13, 2025, is **AMENDED** to change the contact information for Riley H. Ross III, Esquire, as follows:

> Riley H. Ross, III, Esquire
> 1650 Market Street, 36th Floor
> Philadelphia, PA 19103
> O: 215-587-0006
> F: 215-587-0628
> riley@minceyfitzross.com

**IT IS FURTHER ORDERED** that, excepting only as noted above, the Order dated February 13, 2025 (ECF 277), **CONTINUES IN EFFECT**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**